UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MARK W. DOBRONSKI,

    Plaintiff,

v.                                                    Case No. 18-11055

ALARM MANAGEMENT II, L.L.C.,
d/b/a SONITROL GREAT LAKES,

    Defendant.

_____/

## JUDGMENT

In accordance with the "Opinion and Order Granting Defendant's Motion for Summary Judgment and Ordering Defendant to File a Bill of Costs" entered on November 18, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant Alarm Management II, L.L.C., d/b/a Sonitrol Great Lakes, and against Plaintiff Mark W. Dobronski. A separate award of sanctions will issue at a later date. Dated at Port Huron, Michigan, November 18, 2020.

                                                                         DAVID J. WEAVER
                                                                         CLERK OF THE COURT

                                                                         By: s/Lisa Wagner
                                                                            Lisa Wagner, Case Manager
                                                                            to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-12130.DAVIS.MotiontoDismiss.JUDGMENT.docx